JOHN JONES, Respondent, v. FREEMAN'S DAIRY, INC., et al., Appellants.— In an action to recover damages for false arrest, defendants appeal from an order denying their motion to strike out certain allegations of the complaint, pursu-

ant to rule 103 of the Rules of Civil Practice. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Wenzel, Schmidt and Beldock, JJ., concur.